IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIN DECESARE,

      Petitioner,                     No. CIV S-07-1016 RBB EFB P

    vs.

TINA HORNBEAK, Warden, et al.,

      Respondents.               ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested an extension of time to file a response to the petition. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, it is ORDERED that respondents' August 29, 2007, request is granted and respondents have 30 days from the date this order is served to respond to the petition.

Dated: September 4, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE