IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIN DECASARE,

    Petitioner,                         No. CIV S-07-1016 RRB EFB P

    vs.

TINA HORNBEAK, Warden, et al.,

    Respondents.                   <u>ORDER</u>

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested a second extension of time to file and serve a response to the petition. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, it is ORDERED that respondents' October 2, 2007, request is granted and respondents have 30 days from the date this order is served to file and serve a response to the petition.

Dated: October 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE