# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN DECESARE,<br><br>    Plaintiff,<br><br> v.<br><br>TINA HORNBEAK, Warden, et al.,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:07-cv-1016 RSM |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Petitioner's federal habeas petition (Dkt. #1) is

DENIED and this action is DISMISSED with prejudice.

Dated this 22nd day of September 2010.

                 Bill McCool
                 Clerk

                 s/Rhonda Stiles
                 Deputy Clerk